1066

[No. 56671-7-I.   Division One.   July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH C. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02751-7, Christopher A. Washington, J., entered August 2, 2005. *Reversed in part* and *remanded* by unpublished per curiam opinion.

[No. 57162-1-I.   Division One.   July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MUSSIE BERHE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13331-5, Julie Spector, J., entered October 17, 2005. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Dwyer, JJ.

[No. 57236-9-I.   Division One.   July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE TERRELL WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01253-4, Gregory P. Canova, J., entered November 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57475-2-I.   Division One.   July 23, 2007.]

*In the Matter of the Marriage of* SOUHAIL ALTAYAR, *Appellant*, and SARAB ASSWAD MUHYADDIN, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 04-3-04589-8, Joan B. Allison, J., entered November 28 and December 9, 2005. *Affirmed* by unpublished per curiam opinion.